| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| WESTERN DISTRICT OF PENNSYLVANIA, PITTSBURGH DIVISION |
| Case number *(if known)* _____    Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Rehoboth Pipeline Construction Services, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **Walker and Smith Pipeline, LLC** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **81-4969517** |
| 4. | **Debtor's address** | **Principal place of business** **2296 Flint Dr** **Washington, PA 15301-7760** Number, Street, City, State & ZIP Code  **Washington** County | **Mailing address, if different from principal place of business** **2296 Flint Dr** **Washington, PA 15301-7760** P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business** **2296 Flint Dr Washington, PA 15301-7760** Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Debtor **Rehoboth Pipeline Construction Services, LLC** _____  Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor  **Rehoboth Pipeline Construction Services, LLC**     Case number (*if known*) _____
    Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | |
|---|---|
| Debtor _____ | Relationship _____ |
| District _____ When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply*.)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
        What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
        Number, Street, City, State & ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes. Insurance agency _____
            Contact name _____
            Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☒ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☒ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 3

Debtor **Rehoboth Pipeline Construction Services** _____   Case number (*if known*) _____
      Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **Rehoboth Pipeline Construction Services, LLC**     Case number (*if known*) _____
     Name

---

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 2, 2021**
                      MM / DD / YYYY

X **/s/ Christopher P. Walker**          **Christopher P. Walker**
Signature of authorized representative of debtor     Printed name

Title    **Managing Member**

---

**18. Signature of attorney**

X **/s/ Renee M. Kuruce**        Date **December 2, 2021**
Signature of attorney for debtor             MM / DD / YYYY

**Renee M. Kuruce**
Printed name

**Robleto Kuruce, PLLC**
Firm name

**6101 Penn Ave Ste 201**
**Pittsburgh, PA 15206-3956**
Number, Street, City, State & ZIP Code

Contact phone **(412) 925-8194**     Email address **rmk@robletolaw.com**

**314691  PA**
Bar number and State

---

# United States Bankruptcy Court
## Western District of Pennsylvania, Pittsburgh Division

In re **Rehoboth Pipeline Construction Services, LLC**

Debtor(s)

Case No.

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Christopher P. Walker**<br>**2296 Flint Dr**<br>**Washington, PA 15301-7760** | **Managing Member** | **100%** | **LLC membership interest** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **December 2, 2021**

Signature **/s/ Christopher P. Walker**

**Christopher P. Walker**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Fill in this information to identify the case:

Debtor name: **Rehoboth Pipeline Construction Services, LLC**
United States Bankruptcy Court for the: **WESTERN DISTRICT OF PENNSYLVANIA, PITTSBURGH DIVISION**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Abrams, Sullenberger & Associates, LLC 700 17th St Ste 2200 Denver, CO 80202-3505 | | Disputed Legal Fees | Disputed | | | $59,945.09 |
| Arlos Smith 1790 Penicuik Ln Brentwood, TN 37027-3814 | | Trade debt | | | | $20,000.00 |
| Astar, Inc 5801 N Shartel Ave Oklahoma City, OK 73118-5904 | | Trade debt | | | | $5,672.91 |
| Badger Daylighting Corp 75 Remittance Dr Dept 3185 Chicago, IL 60675-3185 | | Trade debt | | | | $37,031.02 |
| Beaver Concrete and Supply Inc 10 Industrial Park Rd Monaca, PA 15061-1878 | | Trade debt | | | | $38,121.35 |
| Capps Van & Truck Rental 8555 John W Carpenter Fwy Dallas, TX 75247-4630 | | Trade debt | | | | $21,799.67 |

Debtor **Rehoboth Pipeline Construction Services, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **CiaCie Energy Services, LLC** 751 Vanderbilt Rd Connellsville, PA 15425-6219 | | Trade debt | | | | $521,481.50 |
| **Community Bank (PPP Loan)** 100 Pinewood Ln Ste 101 Warrendale, PA 15086-7617 | | Bank loan | | | | $325,000.00 |
| **CRC-Evans Pipeline International, Inc** 7011 High Life Dr Houston, TX 77066-3717 | | Trade debt | | | | $26,843.00 |
| **Dam-It-Dams Inc** 546 E Reid Rd Grand Blanc, MI 48439-1265 | | Trade debt | | | | $17,400.00 |
| **Doug Buckler** 14667 Hanover Rd Hanover, MI 49241-9763 | | Trade debt | | | | $30,000.00 |
| **DRS Drilling, Inc** 5339 Canal Rd Garfield Heights, OH 44125-4808 | | Trade debt | | | | $435,511.00 |
| **Golden Equipment Co, Inc.** 393 Mars Valencia Rd Mars, PA 16046 | | Trade debt | | | | $36,342.37 |
| **Greentree Services, Inc** 10515 165th St W Lakeville, MN 55044-5719 | | Trade debt | | | | $372,841.56 |
| **Internal Revenue Service** 1000 Liberty Ave Pittsburgh, PA 15222-4004 | | Tax claim | | | | $100,000.00 |
| **Keystone Surveying and Mapping, Inc** 9152 Route 22 Blairsville, PA 15717-4128 | | Trade debt | | | | $39,692.50 |

Debtor **Rehoboth Pipeline Construction Services, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Knickerbocker Russell Co, Inc**<br>4759 Campbells Run Rd<br>Pittsburgh, PA 15205-1317 | | **Trade debt** | | | | **$21,838.36** |
| **Mark West Liberty Midstream & Resources**<br>800 Western Ave<br>Washington, PA 15301-8655 | | **Judgment** | **Disputed** | **$7,555,355.26** | **$0.00** | **$7,555,355.26** |
| **Rain For Rent**<br>385 Technology Dr<br>Triadelphia, WV 26059-2707 | | **Trade debt** | | | | **$279,524.42** |
| **Travelers Insurance**<br>PO Box 660317<br>Dallas, TX 75266-0317 | | **Trade debt** | | | | **$46,492.02** |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Rehoboth Pipeline Construction Services, LLC** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF PENNSYLVANIA, PITTSBURGH DIVISION |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                        *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Christopher P. Walker** | **2296 Flint Dr Washington, PA 15301-7760** | **Abrams, Sullenberger & Associates, LLC** | ☐ D ___<br>■ E/F  **3.1**<br>☐ G ___ |
| 2.2 | **Christopher P. Walker** | **2296 Flint Dr Washington, PA 15301-7760** | **Community Bank (PPP Loan)** | ☐ D ___<br>■ E/F  **3.10**<br>☐ G ___ |
| 2.3 | **Christopher P. Walker** | **2296 Flint Dr Washington, PA 15301-7760** | **DRS Drilling, Inc** | ☐ D ___<br>■ E/F  **3.14**<br>☐ G ___ |
| 2.4 | **Christopher P. Walker** | **2296 Flint Dr Washington, PA 15301-7760** | **Internal Revenue Service** | ☐ D ___<br>■ E/F  **3.18**<br>☐ G ___ |